IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHICON ENDO-SURGERY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-580 (JJF) |
| | ) | |
| HOLOGIC, INC., and | ) | |
| SUROS SURGICAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

AGREED MOTION OF DISMISSAL

Plaintiff Ethicon Endo-Surgery, Inc. ("EES") and Defendants Hologic Inc., and Suros

Surgical Systems, Inc. ("Hologic") respectively move the Court for approval and entry of the

attached Order of Dismissal between the Parties.  EES has agreed to dismiss its complaint

and claims against Hologic with prejudice as to the products at issue in this suit; and Hologic

has agreed to dismiss its counterclaims and complaint for declaratory judgment against EES

with prejudice as to the products at issue in this suit.  The Parties have entered into a written

Settlement Agreement that resolves the issues between them in this case.  The Parties have

agreed that each party shall bear its own costs, expenses and attorney's fees.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*Ethicon Endo-Surgery, Inc.*

MORRIS, NICHOLS, ARSHT
       & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Counsel for Defendants Hologic Inc.*
*and Suros Surgical Systems, Inc.*